GRACE MILLER et al., Appellants, *v.* WINCHESTER NOYES, Respondent.

Argued March 6, 1945; decided April 12, 1945.

*William P. Cotter* and *Joseph J. Brophy* for appellants.
*Walter L. Glenney* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.